_____

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: March 28, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE:    NATHAN M. THOMPSON AND <br> DENISE D. THOMPSON, DEBTORS | CHAPTER 7 <br> CASE NO. 17-51113 KMS |

### ORDER APPROVING SETTLEMENT AND COMPROMISE AND APPROVING ATTORNEY'S FEES AND EXPENSES FOR SPECIAL COUNSEL
### (DK # 31 )

THIS MATTER is before the Court on the Motion to Approve Settlement and Compromise pursuant to Rule 9019 of the *Federal Rules of Bankruptcy Procedure* and to Approve Attorney's Fees and Expenses for Special Counsel pursuant to 11 U.S.C. §330 (DKT#27) filed by the Chapter 7 Trustee, Kimberly R. Lentz ("Trustee"). The Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion is approved;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Trustee is authorized to accept a gross settlement amount of $13,500.00 in full settlement and compromise of Adversary Proceeding No. 17-06029 styled *Kimberly R. Lentz, as Chapter 7 Trustee for the Bankruptcy Estate of Nathan M. and Denise D. Thompson, Debtors vs. Global Client Solutions, LLC., Global Holdings, LLC., The Law Office of Robert S. Gitmeid and Associates, PLLC., Robert S. Gitmeid and National Debt Relief, LLC.*;

**IT IS FURTHER ORDERED AND ADJUDGED** that Michael Ramsey, Esq., Special Counsel, is awarded attorney's fees and expenses in the amount of $5,428.07 ($5,400.00 fees and $28.07 expenses);

**IT IS FURTHER ORDERED AND ADJUDGED** that the Trustee is authorized to execute any documents reasonably necessary to consummate the settlement, including the customary release and dismissal documents in connection with the claim;

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order shall constitute a final judgment pursuant to Rule 9021 of the *Federal Rules of Bankruptcy Procedure*;

##END OF ORDER##

OF COUNSEL
LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050